UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARISSA MELERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL RUIZ, JOSE VARGAS, COUNTY OF FRESNO CHILD PROTECTIVE SERVICES, DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01579-ADA-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>DIRECTING CLERK OF COURT TO CORRECT DOCKET |

　　　Plaintiff proceeds in this civil action pro se and moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.  The Court will grant Plainitff *in forma pauperis* status.

　　　Upon review of the Complaint, the Court notes it is unsigned.  (Doc. No. 1 at 12). Plaintiff's failure to sign the Complaint violates Rule 11of the Federal Rule of Civil Procedure which requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  Plaintiff's failure to sign the Complaint also violates Local Rule 131 (b), which requires among other things that "[a]ll pleadings ... shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appearing in *propria persona*."  L.R. 131(b).

Because the Court cannot consider Plaintiff's unsigned Complaint, the Complaint will be stricken. *See, e.g., West v. Hulbert*, No. 1:16-CV-00046-DAD, 2016 WL 2854416, at *1 (E.D. Cal. May 16, 2016) ("Because the Court cannot consider unsigned filings, the complaint must be STRICKEN"); *Anderson v. Krpan,* No. 1:14-CV-01380-AWI, 2015 WL 402086, at *2 (E.D. Cal. Jan. 29, 2015) ("The Court cannot consider unsigned filings and therefore, the first amended complaint shall be  stricken from the record.")

Accordingly, it is ORDERED:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.
2. Plaintiff's Complaint (Doc. No. 1) is stricken.  Plaintiff must file a signed Complaint within thirty (30) days of the date of this Order.
3. The Clerk of Court shall correct the docket to reflect the proper spelling of Plaintiff's last name as "Melero."

Dated:     December 9, 2022

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE