UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARISSA MELERO,<br><br>    Plaintiff,<br><br> v.<br><br>GABRIEL RUIZ, et al.,<br><br>    Defendant. | No.  1:22-CV-01579-ADA-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 3) |

On December 8, 2022, Plaintiff Narissa Melero ("Plaintiff"), proceeding *pro se*, filed a complaint alleging a violation of federal law under 42 U.S.C. § 1983.  (ECF No. 1.)  Plaintiff also filed a motion for preliminary injunction on December 8, 2022.  (ECF No. 3.)  On December 12, 2022, the Magistrate Judge ordered to strike Plaintiff's complaint because it is unsigned.  (ECF No. 4.)  Similarly, Plaintiff's failure to the sign the motion for preliminary injunction violates Rule 11 of the Federal Rule of Civil Procedure, which requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11.  Plaintiff's failure to sign her motion also violates Local Rule 131(b), which requires that, "all . . . non-evidentiary documents shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appearing *in propria persona*." L.R. 131(b).

///

1

Because the Court cannot consider Plaintiff's unsigned motion, the motion for preliminary injunction will be stricken. Fed. R. Civ. P. 11 ("The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.").

Accordingly,

1. Plaintiff's motion for preliminary injunction filed December 8, 2022, (ECF No. 3.), is stricken. Plaintiff may re-file her motion for preliminary injunction within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

Dated:   December 13, 2022

_____
UNITED STATES DISTRICT JUDGE

2