UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARISSA MELERO,<br><br>     Plaintiff,<br><br>     v.<br><br>GABRIEL RUIZ, JOSE VARGAS, COUNTY OF FRESNO CHILD PROTECTIVE SERVICES,<br><br>     Defendants. | No.  1:22-cv-01579-ADA-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 7) |

Plaintiff Narissa Melero (Plaintiff) is proceeding pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 12, 2022, the Court struck the complaint under Fed. R. Civ. P. 11 because it was not signed and directed Plaintiff to file a signed complaint within 30 days.  (ECF No. 4.)  On January 17, 2022, after Plaintiff failed to comply with the Court's order to file a signed complaint, the Court ordered Plaintiff to either file a signed complaint or show good cause why her case should not be dismissed under Fed. R. Civ. P. 41 and Local Rule 110 and 183.  (ECF No. 6 at 2.)  The order was returned as undeliverable.  (*See* docket.)

On February 28, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that this matter be dismissed without prejudice for Plaintiff's

failure to comply with this Court's orders and for failure to prosecute this action pursuant Fed. R. Civ. P. 41 and Local Rules 110 and 183. (ECF No. 7 at 5.)  The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days of the date of service. (*Id.*) The findings and recommendations were returned as undeliverable. (*See* docket.) To date, Plaintiff has not filed a notice of change of address, filed a signed complaint or filed any objections to the findings and recommendations and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS SO ORDERED that:

1. The findings and recommendation filed on February 28, 2023, (ECF No. 7.), are ADOPTED in full;
2. This action is DISMISSED, without prejudice; and
3. The Clerk of Court is directed to TERMINATE any pending motions and to CLOSE this case.

IT IS SO ORDERED.

Dated:   April 6, 2023

UNITED STATES DISTRICT JUDGE

2